# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

126701

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 126701
COA: 246265
Mecosta CC: 01-004723-FC
                01-004724-FC

JUSTIN LEE HOLLIDAY,
    Defendant-Appellant.

_____/

By order of January 31, 2005, the application for leave to appeal was held in abeyance pending the decision in *People v Curvan* (Docket No. 126538). On order of the Court, leave to appeal having been denied in *Curvan*, 473 Mich 896 (2005), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s1024

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk